**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Bruce E. Caulder

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   20-10742 AMC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no**. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 7255

**Date of payment change:**
Must be at least 21 days after date of this notice            08/01/2022

**New total payment:**            $578.15
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $205.22            New escrow payment:  $ 255.61

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____            New mortgage payment: $_____

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Debtor(s)    <u>Bruce E. Caulder</u>          Case number (*if known*) <u>20-10742 AMC</u>
             First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*                                    Date   06/22/2022
   Signature
Print: Rebecca Solarz
       22 Jun 2022, 10:28:24, EDT

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>         <u>Market Street, Suite 5000</u>
          Number         Street
          Philadelphia,                         PA      19106
          City                                  State   ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2