**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bruce E. Caulder <br>                              Debtor(s) <br><br> **PENNYMAC LOAN SERVICES, LLC** <br>                              Movant <br> vs. <br><br> **Bruce E. Caulder** <br>                              Debtor(s) <br><br> **Scott F. Waterman**, <br>                              Trustee | BK NO. 20-10742 AMC <br><br> Chapter 13 <br><br> Related to Claim No. N/A |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 3, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Bruce E. Caulder
5200 Hilltop Drive
Brookhaven, PA  19015

Attorney for Debtor(s)
Michael Alan Siddons,, Esquire
Law Office of Michael Alan Siddons Esq
230 North Monroe Street, PO Box 403
Media, PA 19063

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: August 3, 2022

                                            **/s/Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            215-825-6327
                                            rsolarz@kmllawgroup.com