| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-10742-AMC

Bruce E. Caulder
5200 Hilltop Drive
Brookhaven  PA     19015

Petition Filed Date: 02/04/2020
341 Hearing Date: 03/06/2020
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $300.00 | | 04/09/2021 | $300.00 | | 04/20/2021 | $342.00 | |
| 05/10/2021 | $442.00 | | 05/18/2021 | $500.00 | | 06/11/2021 | $942.00 | |
| 07/12/2021 | $942.00 | | 08/06/2021 | $942.00 | | 09/07/2021 | $471.00 | |
| 09/17/2021 | $471.00 | | 10/18/2021 | $942.00 | | 11/16/2021 | $942.00 | |
| 12/10/2021 | $942.00 | | 01/07/2022 | $942.00 | | 02/04/2022 | $942.00 | |
| 03/04/2022 | $942.00 | | 04/04/2022 | $942.00 | | 04/29/2022 | $942.00 | |
| 05/31/2022 | $942.00 | | 06/27/2022 | $942.00 | | | | |

**Total Receipts for the Period:  $15,072.00    Amount Refunded to Debtor Since Filing:  $847.26    Total Receipts Since Filing: $26,536.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Bruce E. Caulder | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | Bruce E. Caulder | Debtor Refunds | $847.26 | $847.26 | $0.00 |
| 0 | MICHAEL ALAN SIDDONS ESQ | Attorney Fees | $2,090.00 | $0.00 | $2,090.00 |
| 1 | THOMAS CAULDER <br> »» 001 | Unsecured Creditors | $9,000.00 | $1,899.81 | $7,100.19 |
| 2 | SUN EAST FEDERAL CREDIT UNION <br> »» 002 | Unsecured Creditors | $7,838.72 | $1,654.67 | $6,184.05 |
| 3 | BRUCE CAULDER SR <br> »» 003 | Unsecured Creditors | $8,000.00 | $1,688.73 | $6,311.27 |
| 4 | FRANKLIN MINT FEDERAL CU <br> »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FRANKLIN MINT FEDERAL CU <br> »» 005 | Unsecured Creditors | $25,012.21 | $5,279.88 | $19,732.33 |
| 6 | BANK OF AMERICA NA <br> »» 006 | Unsecured Creditors | $8,601.34 | $1,815.63 | $6,785.71 |
| 7 | UNITED STATES TREASURY (IRS) <br> »» 07P | Priority Crediors | $5,333.39 | $5,333.39 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) <br> »» 07U | Unsecured Creditors | $388.11 | $68.61 | $319.50 |
| 9 | AMERICAN INFOSOURCE LP <br> »» 008 | Unsecured Creditors | $10,572.68 | $2,231.77 | $8,340.91 |
| 10 | CHASE BANK USA NA <br> »» 009 | Unsecured Creditors | $6,360.46 | $1,342.67 | $5,017.79 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR <br> »» 010 | Unsecured Creditors | $71.05 | $0.00 | $71.05 |

**Chapter 13 Case No. 20-10742-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,536.00 | Current Monthly Payment: | $942.00 |
| Paid to Claims: | $22,162.42 | Arrearages: | ($80.74) |
| Paid to Trustee: | $2,255.32 | Total Plan Base: | $54,810.00 |
| Funds on Hand: | $2,118.26 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.