Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10742-AMC**

Bruce E. Caulder  
5200 Hilltop Drive  
Brookhaven  PA    19015

Petition Filed Date: 02/04/2020  
341 Hearing Date: 03/06/2020  
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $942.00 | | 09/02/2022 | $942.00 | | 09/30/2022 | $942.00 | |
| 10/31/2022 | $942.00 | | 11/28/2022 | $942.00 | | 01/09/2023 | $942.00 | |
| 02/03/2023 | $942.00 | | 03/03/2023 | $942.00 | | 03/31/2023 | $942.00 | |
| 04/28/2023 | $942.00 | | 05/26/2023 | $942.00 | | 07/10/2023 | $942.00 | |

**Total Receipts for the Period:  $11,304.00   Amount Refunded to Debtor Since Filing:  $847.26   Total Receipts Since Filing: $38,782.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Bruce E. Caulder | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | Bruce E. Caulder | Debtor Refunds | $847.26 | $847.26 | $0.00 |
| 0 | MICHAEL ALAN SIDDONS ESQ | Attorney Fees | $2,090.00 | $0.00 | $2,090.00 |
| 1 | THOMAS CAULDER<br>»» 001 | Unsecured Creditors | $9,000.00 | $3,130.53 | $5,869.47 |
| 2 | SUN EAST FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $7,838.72 | $2,726.59 | $5,112.13 |
| 3 | BRUCE CAULDER SR<br>»» 003 | Unsecured Creditors | $8,000.00 | $2,782.68 | $5,217.32 |
| 4 | FRANKLIN MINT FEDERAL CU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FRANKLIN MINT FEDERAL CU<br>»» 005 | Unsecured Creditors | $25,012.21 | $8,700.20 | $16,312.01 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $8,601.34 | $2,991.82 | $5,609.52 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $5,333.39 | $5,333.39 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $388.11 | $121.82 | $266.29 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $10,572.68 | $3,677.55 | $6,895.13 |
| 10 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $6,360.46 | $2,212.46 | $4,148.00 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 010 | Unsecured Creditors | $71.05 | $15.76 | $55.29 |

Chapter 13 Case No. 20-10742-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,782.00 | Current Monthly Payment: | $942.00 |
| Paid to Claims: | $32,540.06 | Arrearages: | ($1,022.74) |
| Paid to Trustee: | $3,272.68 | Total Plan Base: | $54,810.00 |
| Funds on Hand: | $2,969.26 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.