| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10742-AMC

Bruce E. Caulder
5200 Hilltop Drive
Brookhaven  PA    19015

Petition Filed Date: 02/04/2020
341 Hearing Date: 03/06/2020
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $942.00 | | 09/05/2023 | $942.00 | | 09/29/2023 | $942.00 | |
| 10/27/2023 | $942.00 | | 11/27/2023 | $942.00 | | 12/22/2023 | $942.00 | |
| 02/02/2024 | $942.00 | | 03/01/2024 | $942.00 | | 04/01/2024 | $942.00 | |
| 04/26/2024 | $942.00 | | 06/07/2024 | $942.00 | | 07/08/2024 | $942.00 | |

**Total Receipts for the Period:  $11,304.00   Amount Refunded to Debtor Since Filing:  $847.26   Total Receipts Since Filing: $50,086.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Bruce E. Caulder | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | Bruce E. Caulder | Debtor Refunds | $847.26 | $847.26 | $0.00 |
| 0 | MICHAEL ALAN SIDDONS ESQ | Attorney Fees | $2,090.00 | $0.00 | $2,090.00 |
| 1 | THOMAS CAULDER<br>»» 001 | Unsecured Creditors | $9,000.00 | $4,441.69 | $4,558.31 |
| 2 | SUN EAST FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $7,838.72 | $3,868.57 | $3,970.15 |
| 3 | BRUCE CAULDER SR<br>»» 003 | Unsecured Creditors | $8,000.00 | $3,948.17 | $4,051.83 |
| 4 | FRANKLIN MINT FEDERAL CU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FRANKLIN MINT FEDERAL CU<br>»» 005 | Unsecured Creditors | $25,012.21 | $12,344.18 | $12,668.03 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $8,601.34 | $4,244.96 | $4,356.38 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $5,333.39 | $5,333.39 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $388.11 | $191.56 | $196.55 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $10,572.68 | $5,217.83 | $5,354.85 |
| 10 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $6,360.46 | $3,139.13 | $3,221.33 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 010 | Unsecured Creditors | $71.05 | $31.04 | $40.01 |

Chapter 13 Case No. 20-10742-AMC

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,086.00 | Current Monthly Payment: | $942.00 |
| Paid to Claims: | $43,607.78 | Arrearages: | ($80.74) |
| Paid to Trustee: | $4,384.24 | Total Plan Base: | $54,810.00 |
| Funds on Hand: | $2,093.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.