United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-10742-amc
--- | ---
Bruce E. Caulder | Chapter 13
Debtor |

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
--- | --- | ---
Date Rcvd: May 12, 2025 | Form ID: 206 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bruce E. Caulder, 5200 Hilltop Drive, Brookhaven, PA 19015-1204 |
| 14463189 | + | Bruce Caulder Sr., 113 Paladin Drive, Wilmington, DE 19802-1720 |
| 14466163 | + | Franklin Mint Federal Credit Union, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14478436 | + | Franklin Mint Federal Credit Union, Robert J. Crawley, Esquire, 1835 Market Street, Ste 1400, Philadelphia PA 19103-2945 |
| 14466161 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14463198 | + | Granite State Management & Resources, 4 Barrell Ct., Concord, NH 03301-8543 |
| 14463203 | + | Penn Medicine, 3400 Civic Center Blvd., Philadelphia, PA 19104-5127 |
| 14463204 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14617869 | + | PennyMac Loan Services, LLC, c/o Marisa Myers Cohen, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14483553 | | Pennymac Loan Services, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14463206 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 14463207 | + | Susan Curran, 174 Laurie Lane, Philadelphia, PA 19115-2707 |
| 14463209 | + | Thomas Caulder, 113 Paladin Drive, Wilmington, DE 19802-1720 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14463186 | + | Email/Text: bncnotifications@pheaa.org | May 12 2025 23:57:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14463187 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2025 23:57:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14479790 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 12 2025 23:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14463188 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 12 2025 23:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14463193 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 12 2025 23:57:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14481234 | + | Email/PDF: ebn_ais@aisinfo.com | May 12 2025 23:58:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2025 00:09:26 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14463191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2025 00:10:04 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14463192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2025 00:10:12 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14463199 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2025 23:57:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14463194 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

Case 20-10742-amc    Doc 90    Filed 05/14/25    Entered 05/15/25 00:37:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: 206 | Total Noticed: 35 |

|  |  |  |  |
|---|---|---|---|
|  |  | May 12 2025 23:58:28 | Dept Of Ed/sallie Mae, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14463195 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 12 2025 23:57:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14463196 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 12 2025 23:57:00 | Fm/citizens/nelnet, 121 South 13th Street, Lincoln, NE 68508 |
| 14463197 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | May 12 2025 23:57:00 | Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14483034 | + Email/Text: RASEBN@raslg.com | May 12 2025 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14463200 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 12 2025 23:58:11 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14463201 | + Email/PDF: bankruptcy_prod@navient.com | May 12 2025 23:58:30 | Navient Solutions Inc, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14463202 | + Email/Text: EBN@edfinancial.com | May 12 2025 23:57:00 | Nhhelc/gsm&r, Po Box 3420, Concord, NH 03302-3420 |
| 14700765 | ^ MEBN | May 12 2025 23:56:25 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14463205 | + Email/PDF: ebnotices@pnmac.com | May 13 2025 00:10:04 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14463206 | + Email/Text: collections@suneast.org | May 12 2025 23:57:00 | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 14463208 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 12 2025 23:58:28 | Syncb/car Care Mavis T, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14491268 | + Email/PDF: ebn_ais@aisinfo.com | May 12 2025 23:58:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14481823 | *+ | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025     Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: 206 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Bruce E. Caulder msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Bruce E. Caulder                                   Case No: 20−10742−amc

    Debtor(s)

___

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐  Debtor did not file certification of completion of instructional course concerning personal financial management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.


Dated: 5/12/25

                                                                         For The Court

                                                                        Timothy B. McGrath
                                                                        Clerk of Court

89
Form 206