**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE:** <br> **Bruce E. Caulder** <br> **Debtor** | ) Case No. 20-10742-amc <br> ) <br> ) Chapter 13 <br> ) <br> ) Judge: Ashely M. Chan |

**NOTICE OF MOTION AND RESPONSE DEADLINE**

Michael Alan Siddons, Esquire, Counsel for the Debtor, has filed a Motion to Reopen Case and Vacate this Court's Order dated May12, 2025 at ECF#89.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion/Application** or if you want the court to consider your views on the Motion, then on or before **June 24, 2025 you or your attorney must file a response to the Motion. (see instructions below)**

3. If you file a response to the Motion on or before June 24, 2025, a hearing on the Motion shall be scheduled on July 2, 2025 at 12:30PM. All hearings will be held Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107, Courtroom#4. Unless the court orders otherwise, the hearing on this contested matter will be an **<u>evidentiary hearing.</u>** Presently all hearings are being conducted by either telephone conference or by video conference call. Please check with the Clerk's office for additional information.

4. All Objections shall be filed with the Court on or before June 24, 2025.

5. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

6. You may contact the Bankruptcy Clerk's office(s) 215-408-2800 to find out whether the hearing has been canceled because a response was not filed.

7. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

8. **If you mail your Response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state in Paragraph 2 above.

9. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's/Debtor's attorney: Michael A. Siddons, Esq, 230 N. Monroe Street, P.O. Box 403, Media, PA 19063.

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By: */s/ Michael A. Siddons*
MICHAEL ALAN SIDDONS, ESQUIRE
230 N. Monroe Street
P.O. Box 403
Media, PA 19063
(610) 255-7500-*office*
(610) 514-5904-*facsimile*
msiddons@siddonslaw.com
***Attorney for Debtor***

Dated: May 27, 2025