# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | Chapter 13 |
| **BRUCE E. CAULDER** ) | |
| **DEBTOR** ) | Case No. 20-10742-amc |

## ORDER

AND NOW, this __3rd__ day of __July__, 2025, upon consideration of Debtor's Motion to Reopen Case and Vacate this Court's Order dated May 12, 2025 at ECF#89 to permit the filing of a Domestic Support Obligation Certificate and enter a discharge (the "Motion"); and it appearing that good cause exists for granting the relief requested in the Motion; it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

**ORDERED** that the Motion is **GRANTED.**

_____
The Honorable Judge Ashely M. Chan
United States Bankruptcy Court Judge