United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                      Case No. 20-10742-amc
Bruce E. Caulder                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                    Page 1 of 3
Date Rcvd: Jul 11, 2025                      Form ID: 138OBJ                                Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce E. Caulder, 5200 Hilltop Drive, Brookhaven, PA 19015-1204 |
| 14463189 | + | Bruce Caulder Sr., 113 Paladin Drive, Wilmington, DE 19802-1720 |
| 14466163 | + | Franklin Mint Federal Credit Union, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14478436 | + | Franklin Mint Federal Credit Union, Robert J. Crawley, Esquire, 1835 Market Street, Ste 1400, Philadelphia PA 19103-2945 |
| 14466161 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14463198 | + | Granite State Management & Resources, 4 Barrell Ct., Concord, NH 03301-8543 |
| 14463203 | + | Penn Medicine, 3400 Civic Center Blvd., Philadelphia, PA 19104-5127 |
| 14463204 |   | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14617869 | + | PennyMac Loan Services, LLC, c/o Marisa Myers Cohen, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14483553 |   | Pennymac Loan Services, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14463207 | + | Susan Curran, 174 Laurie Lane, Philadelphia, PA 19115-2707 |
| 14463209 | + | Thomas Caulder, 113 Paladin Drive, Wilmington, DE 19802-1720 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2025 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2025 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14463186 | + | Email/Text: bncnotifications@pheaa.org | Jul 11 2025 23:51:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14463187 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 23:51:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14479790 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 11 2025 23:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14463188 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 11 2025 23:51:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14463193 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 11 2025 23:51:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 14481234 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2025 23:53:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2025 23:53:16 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14463191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 23:53:30 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 14463192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2025 23:53:23 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14463199 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2025 23:51:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14463194 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 11 2025 23:53:23 | Dept Of Ed/sallie Mae, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14463195 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 11 2025 23:51:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14463196 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 11 2025 23:51:00 | Fm/citizens/nelnet, 121 South 13th Street, Lincoln, NE 68508 |
| 14463197 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jul 11 2025 23:51:00 | Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14483034 | + | Email/Text: RASEBN@raslg.com | Jul 11 2025 23:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14463200 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2025 23:53:29 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14463201 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 11 2025 23:53:16 | Navient Solutions Inc, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14463202 | + | Email/Text: EBN@edfinancial.com | Jul 11 2025 23:51:00 | Nhhelc/gsm&r, Po Box 3420, Concord, NH 03302-3420 |
| 14700765 | ^ | MEBN | Jul 11 2025 23:48:42 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14463205 | + | Email/PDF: ebnotices@pnmac.com | Jul 11 2025 23:53:16 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14463206 | + | Email/Text: collections@suneast.org | Jul 11 2025 23:51:00 | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |
| 14463208 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2025 23:53:23 | Syncb/car Care Mavis T, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14491268 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2025 23:53:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14481823 | *+ | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 11, 2025 | Form ID: 138OBJ | Total Noticed: 37 |
| Date: Jul 13, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:**

**Name**     **Email Address**

CORINNE SAMLER BRENNAN
    on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
    on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL ALAN SIDDONS
    on behalf of Debtor Bruce E. Caulder msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 100 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Bruce E. Caulder )   Case No. 20−10742−amc
)
)
Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 11, 2025                       For The Court

                                                        Timothy B. McGrath
                                                        Clerk of Court